**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TONI L. MIKEL** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00100-KGB**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner** **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). No party has filed objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. The Court affirms the decision of the Commissioner of the Social Security Administration, and the Court dismisses with prejudice plaintiff Toni L. Mikel's complaint (Dkt. No. 2).

It is so ordered this 21st day of September, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge